UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Bret Bynum

v.    Case Number: 4:21–cv–03346

Ingram Barge Co., et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Peter Bray

**PLACE:**
Courtroom 703
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/27/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   December 16, 2021

Nathan Ochsner, Clerk